DANIELLE J. WILLIAMS, SB No. 317229
   Email: dwilliams@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant COUNTY OF EL DORADO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY JOHNSON, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF EL DORADO and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-01518-JAM-JDP <br><br> **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND FOR DEFENDANT TO FILE RESPONSE  AND ORDER [Local Rule 144]** |

Pursuant to Local Rule 144, the parties hereby stipulate to extend the time for Defendant COUNTY OF EL DORADO to respond to the Complaint of Plaintiff ASHLEY JOHNSON to November 4, 2021. The extension of time is necessary for Plaintiff to file an amended complaint. The Parties have agreed that an extension of time is necessary to avoid the unnecessary filing of a motion to dismiss and subsequent responses. This is only the second extension of time by the parties, the first extension period being a total of fourteen days.

Dated: September 30, 2021                                 ANGELO, KILDAY & KILDUFF, LLP

                                                                                  */s/ Danielle J. Williams*
                                                                          By:_____
                                                                                  DANIELLE J. WILLIAMS
                                                                                  Attorneys for Defendant COUNTY OF EL DORADO

-1-
STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND DEFENDANT TO FILE RESPONSE AND ORDER

Dated: September 30, 2021                             THE WARD FIRM

                                                        */s/ Justin Ward (as authorized on 9/30/21)*
                                       By: _____
                                              JUSTIN WARD
                                              Attorney for Plaintiff ASHLEY JOHNSON

IT IS SO ORDERED

Dated:  October 1, 2021                               /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT COURT JUDGE

Case 2:21-cv-01518-JAM-JDP

-2-
STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND DEFENDANT TO FILE RESPONSE AND ORDER