1   BRUCE A. KILDAY, SB No. 066415
        Email: bkilday@akk-law.com
2   DERICK E. KONZ, SB No. 286902
        Email: dkonz@akk-law.com
3   DANIELLE J. WILLIAMS, SB No. 317229
        Email: dwilliams@akk-law.com
4   **ANGELO, KILDAY & KILDUFF, LLP**
5   Attorneys at Law
    601 University Avenue, Suite 150
6   Sacramento, CA  95825
7   Telephone: (916) 564-6100 Telecopier: (916) 564-6263

8   Attorneys for Defendant COUNTY OF EL DORADO, BRETT TOMBLIN, ASHLEY FROST,
    ALAN ROSEN, ANTHONY HORNE, ZACHARY LONG AND CAMERON POMEROY
9
    Justin Ward, Esq., State Bar No. 225363
10  THE WARD FIRM
11  2121 Natomas Crossing Drive, Suite 200-389
    Sacramento, California 95834
12  (916) 443-2474 Fax: (916) 209-8628
    Justin@jlwardfirm.com
13
14  Attorney for Plaintiff,
    ASHLEY JOHNSON
15
16              **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| ASHLEY JOHNSON, | Case No.: 2:21-cv-01518-JAM-JDP |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CASE DEADLINES** |
| vs. | |
| BRETT TOMBLIN, in his individual capacity; ASHLEY FROST, in her individual capacity; ALAN ROSEN, in his individual capacity; ANTHONY HORNE, in his individual capacity; ZACHARY LONG, in his individual capacity; CAMERON POMEROY, in his individual capacity; COUNTY OF EL DORADO, as a municipality; and DOES 1 through 20, inclusive, | |
| Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, the parties have worked diligently to conduct discovery;

WHEREAS, since the setting of the last case schedule, the parties have encountered unexpected delays in conducting discovery;

WHEREAS, due to these circumstances, it is very unlikely that the parties can comply with the current discovery dates and case schedule;

WHEREAS, the current case schedule is set as:

| | |
|---|---|
| **Discovery Cutoff** | December 30, 2022 |
| **Expert Witness Disclosures** | October 11, 2022 |
| **Rebuttal/Supplemental Expert Witness Disclosures** | November 10, 2022 |
| **Last Day to File Dispositive Motion** | January 25, 2023 |
| **Dispositive Motion Hearing** | March 14, 2023 |
| **Joint Mid-Litigation Statement Filing Deadline** | December 16, 2022 |
| **Pretrial Conference** | May 12, 2023 |
| **Trial** | June 19, 2023 |

WHEREAS the parties have met and conferred and agreed to extend the discovery deadlines that have not already passed by 90 days and set the case schedule as proposed below:

| | |
|---|---|
| **Discovery Cutoff** | March 30, 2023 |
| **Expert Witness Disclosures** | October 11, 2022 |
| **Rebuttal/Supplemental Expert Witness Disclosures** | November 20, 2022 |
| **Last Day to File Dispositive Motion** | May 12, 2023 |
| **Dispositive Motion Hearing** | July 11, 2023 |
| **Joint Mid-Litigation Statement Filing Deadline** | 14 days prior to close of discovery |
| **Pretrial Conference** | August 25, 2023 at 10:00 AM |

| | |
|---|---|
| **Trial** | October 16, 2023 at 9:00 AM |

IT IS SO AGREED.


Dated:  December 6, 2022                    ANGELO, KILDAY & KILDUFF, LLP


By:_____
    DANIELLE J. WILLIAMS
    Attorneys for Defendants COUNTY OF
    EL DORADO, BRETT TOMBLIN,
    ASHLEY FROST, ALAN ROSEN,
    ANTHONY HORNE, ZACHARY LONG
    AND CAMERON POMEROY


Dated:  December 6, 2022                    THE WARD FIRM


By:_____
    JUSTIN WARD
    Attorneys for Plaintiff
    ASHLEY JOHNSON


**IT IS SO ORDERED.**


Dated:  December 6, 2022            /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE

-3-
STIPULATION AND ORDER TO CONTINUE CASE DEADLINES