BRUCE A. KILDAY, SB No. 066415
   Email:  bkilday@akk-law.com
DERICK E. KONZ, SB No. 286902
   Email:  dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant COUNTY OF EL DORADO, BRETT TOMBLIN, ASHLEY FROST, ALAN ROSEN, ANTHONY HORNE, ZACHARY LONG AND CAMERON POMEROY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY JOHNSON, | Case No.: 2:21-cv-01518-JAM-JDP |
|         Plaintiff, | **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |
| vs. | |
| COUNTY OF EL DORADO, et al. | |
|         Defendants. | |

      This case is currently set for trial on October 16, 2023, and a dispositive motion filing deadline is set for May 12, 2023.  The parties have been engaged in settlement discussion since discovery closed and believe there may exist a possibility of resolution at a settlement conference.  The parties have agreed to attend a settlement conference and are working out the details.  The parties believe it will be in their mutual best interest to extend the current schedule by approximately four months to allow time to attempt resolution before spending time and money on dispositive motions and trial preparation.

///

///

The parties contacted the Court for the following available dates and hereby stipulate to and request an order modifying the scheduling order as follows:

| Event | Current Schedule (ECF No. 28) | New Schedule |
|---|---|---|
| Dispositive Motion Filing | May 12, 2023 | September 15, 2023 |
| Dispositive Motion Hearing | July 11, 2023 | November 28, 2023 at 1:30 p.m. |
| Final Pretrial Conference | August 25, 2023 | February 2, 2024 at 11:00 a.m. |
| Jury Trial | October 16, 2023 at 9:00 a.m. | April 22, 2024 at 9:00 a.m. |

**SO STIPULATED.**

Dated: May 8, 2023                                ANGELO, KILDAY & KILDUFF, LLP

                                                                  */s/ Derick Konz*
                                                        By:_____
                                                              DERICK KONZ
                                                              Attorneys for Defendants


Dated: May 8, 2023                                THE WARD FIRM

                                                                  */s/ Justin Ward*
                                                        (Authorized May 2, 2023)
                                                        By:_____
                                                              JUSTIN WARD
                                                              Attorneys for Plaintiff

///

# ORDER

The Court hereby modifies the Scheduling Order as follows:

| | |
|---|---|
| Dispositive Motion Filing Deadline | **September 15, 2023** |
| Dispositive Motion Hearing | **November 28, 2023, at 1:30 p.m.** |
| Final Pretrial Conference | **February 2, 2024, at 11:00 a.m.** |
| Jury Trial | **April 22, 2024, at 9:00 a.m.** |

**SO ORDERED**.

Dated: May 08, 2023                              /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 SENIOR UNITED STATES DISTRICT JUDGE