1  BRUCE A. KILDAY, SB No. 066415
     Email:  bkilday@akk-law.com
2  DERICK E. KONZ, SB No. 286902
     Email:  dkonz@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
6  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
7

8  Attorneys for Defendant COUNTY OF EL DORADO, BRETT TOMBLIN, ASHLEY FROST, ALAN ROSEN, ANTHONY HORNE, ZACHARY LONG AND CAMERON POMEROY

9

10                   UNITED STATES DISTRICT COURT

11                   EASTERN DISTRICT OF CALIFORNIA

12

| ASHLEY JOHNSON, | ) | Case No.: 2:21-cv-01518-JAM-JDP |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE REFERRAL** |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| COUNTY OF EL DORADO, et al. | ) |  |
|  | ) |  |
| Defendants. | ) |  |

18

19 ///

20

21 ///

22

23 ///

24

25 ///

26

27 ///

28

-1-
STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE REFERRAL

Pursuant to E.D. Cal. L.R. 270, the parties stipulate to and request referral to Honorable Magistrate Judge Carolyn K. Delaney for a settlement conference. The parties agree that a settlement conference shall be set on **August 15, 2023 at 9:30 a.m.**, an agreed-upon date with Judge Delaney.

**SO STIPULATED.**

| Dated: May 23, 2023 | ANGELO, KILDAY & KILDUFF, LLP |
|---|---|
| | */s/ Derick Konz* |
| | By:_____ |
| | DERICK KONZ |
| | Attorneys for Defendants |
| Dated: May 23, 2023 | THE WARD FIRM |
| | /s/ Justin Ward |
| | (As Authorized on 5/19/2023) |
| | By:_____ |
| | JUSTIN WARD |
| | Attorneys for Plaintiff |

///

# ORDER

Pursuant to stipulation of the parties, this matter is **REFERRED** to Magistrate Judge Carolyn K. Delaney for a settlement conference on **August 15, 2023, at 09:30 AM, via Zoom**, before Magistrate Judge Carolyn K. Delaney.

The parties are instructed to have a principal with full settlement authority present at the settlement conference or to be fully authorized to settle the matter on any terms. The individual with full authority to settle must also have "unfettered discretion and authority" to change the settlement position of the party, if appropriate. The purpose behind requiring the attendance of a person with full settlement authority is that the parties' view of the case may be altered during the conference. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle.

The parties are **DIRECTED** to submit confidential settlement conference statements to the court using the following email address: ckdorders@caed.uscourts.gov. If a party desires to share additional confidential information with the court, they may do so pursuant to the provisions of Local Rule 270(d) and (e). Such statements are due at least seven (7) days prior to the Settlement Conference. Upon submission of confidential settlement statements, each party shall file on the docket a "Notice of Submission of Settlement Conference Statement."

IT IS SO ORDERED.

Dated: May 23, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE