1  BRUCE A. KILDAY, SB No. 066415
    Email: bkilday@akk-law.com
2  DERICK E. KONZ, SB No. 286902
    Email: dkonz@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
6  Telephone: (916) 564-6100
   Telecopier: (916) 564-6263

7

8  Attorneys for Defendant COUNTY OF EL DORADO, BRETT TOMBLIN, ASHLEY FROST, ALAN ROSEN, ANTHONY HORNE, ZACHARY LONG AND CAMERON POMEROY

9

10               UNITED STATES DISTRICT COURT

11               EASTERN DISTRICT OF CALIFORNIA

12

| ASHLEY JOHNSON, | ) | Case No.: 2:21-cv-01518-JAM-JDP |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **STIPULATED DISMISSAL OF** |
|  | ) | **INDIVIDUAL DEFENDANTS** |
| vs. | ) |  |
|  | ) |  |
| COUNTY OF EL DORADO, et al. | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |
|  | ) |  |

///

///

///

-1-
STIPULATED DISMISSAL OF INDIVIDUAL DEFENDANTS

The parties hereby stipulate to the dismissal with prejudice of Defendants Brett Tomblin, Ashley Frost, Alan Rosen, Anthony Horne, Zachary Long, and Cameron Pomeroy, with each side to bear their own fees and costs.

SO STIPULATED.

Dated: August 17, 2023                    ANGELO, KILDAY & KILDUFF, LLP

                                          /s/ Derick E. Konz
                                          By:_____
                                              DERICK KONZ
                                              Attorneys for Defendants


Dated: August 17, 2023                    THE WARD FIRM

                                          /s/ Justin Ward
                                          (Authorized on 8/17/2023)
                                          By:_____
                                              JUSTIN WARD, ESQ.
                                              Attorney for Plaintiff

**ORDER**

Pursuant to stipulation of the parties, Defendants Brett Tomblin, Ashley Frost, Alan Rosen, Anthony Horne, Zachary Long, and Cameron Pomeroy are hereby **DISMISSED** from this action with prejudice, with each side to bear their own fees and costs.

Dated: August 18, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE