BRUCE A. KILDAY, SB No. 066415
  Email:  bkilday@akk-law.com
DERICK E. KONZ, SB No. 286902
  Email:  dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant COUNTY OF EL DORADO, BRETT TOMBLIN, ASHLEY FROST, ALAN ROSEN, ANTHONY HORNE, ZACHARY LONG AND CAMERON POMEROY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY JOHNSON, | Case No.: 2:21-cv-01518-JAM-JDP |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| vs. | |
| COUNTY OF EL DORADO, et al. | |
| Defendants. | |

///

///

///

The parties reached a resolution of this action on August 15, 2023.  Defendant provided Plaintiff a release agreement and is awaiting Plaintiff's signature on the agreement.  Once the agreement is signed, Defendant will comply with the terms of the agreement and Plaintiff will file a dismissal of the Defendant.  The parties request an additional 30 days to complete the process and file dispositional documents, to October 25, 2023.

SO STIPULATED.

Dated:  September 28, 2023                    ANGELO, KILDAY & KILDUFF, LLP

                                                                               */s/ Derick E. Konz*
                                                                              By:_____
                                                                                 DERICK KONZ
                                                                                 Attorneys for Defendants


Dated:  September 28, 2023                    THE WARD FIRM

                                                                               */s/ Justin Ward*
                                                                              (Authorized on 9/25/23)
                                                                              By:_____
                                                                                 JUSTIN WARD, ESQ.
                                                                                 Attorney for Plaintiff

**ORDER**

Pursuant to stipulation of the parties, the Court **EXTENDS** time to file dispositional documents to **October 25, 2023**.

Dated: September 28, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE