1  BRUCE A. KILDAY, SB No. 066415
      Email:  bkilday@akk-law.com
2  DERICK E. KONZ, SB No. 286902
      Email:  dkonz@akk-law.com
3  DANIELLE J. WILLIAMS, SB No. 317229
4     Email:  dwilliams@akk-law.com
   **ANGELO, KILDAY & KILDUFF, LLP**
5  Attorneys at Law
   601 University Avenue, Suite 150
6  Sacramento, CA  95825
7  Telephone: (916) 564-6100 Telecopier: (916) 564-6263

8  Attorneys for Defendant COUNTY OF EL DORADO, BRETT TOMBLIN, ASHLEY FROST,
9  ALAN ROSEN, ANTHONY HORNE, ZACHARY LONG AND CAMERON POMEROY

10 Justin Ward, Esq., State Bar No. 225363
   THE WARD FIRM
11 2121 Natomas Crossing Drive, Suite 200-389
   Sacramento, California 95834
12 (916) 443-2474 Fax: (916) 209-8628
13 Justin@jlwardfirm.com

14 Attorney for Plaintiff,
   ASHLEY JOHNSON
15

16              **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| ASHLEY JOHNSON, | Case No.: 2:21-cv-01518-JAM-JDP |
| Plaintiff, | **STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| vs. | |
| BRETT TOMBLIN, in his individual capacity; ASHLEY FROST, in her individual capacity; ALAN ROSEN, in his individual capacity; ANTHONY HORNE, in his individual capacity; ZACHARY LONG, in his individual capacity; CAMERON POMEROY, in his individual capacity; COUNTY OF EL DORADO, as a municipality; and DOES 1 through 20, inclusive, | |
| Defendants. | |

-1-
STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

1 | Following a resolution of this action on August 15, 2023, Defendant provided a release agreement to Plaintiff to sign and finalize this action. On September 25, 2023, the parties filed a stipulation for an extension of time to file dispositional documents as the release was being modified and allowed more time for Plaintiff to review the release agreement.

Plaintiff's counsel initially sent the release agreement to Plaintiff on or about September 11, 2023, to review and sign. Plaintiff indicated she would review and sign the release approximately October 2, 2023. After numerous attempts to follow up with Plaintiff by telephone and electronic mail, Plaintiff's counsel has not been able to reach Plaintiff.

The parties request additional time to complete the settlement process and file dispositional documents, to **December 1, 2023**.

IT IS SO AGREED.

Dated: October 25, 2023         ANGELO, KILDAY & KILDUFF, LLP

By:_____/s/ Derick Konz_____
   DERICK KONZ
   Attorneys for Defendants COUNTY OF
   EL DORADO, BRETT TOMBLIN,
   ASHLEY FROST, ALAN ROSEN,
   ANTHONY HORNE, ZACHARY
   LONG AND CAMERON POMEROY


Dated: October 25, 2023         THE WARD FIRM

By:_____
   JUSTIN WARD
   Attorney for Plaintiff
   ASHLEY JOHNSON

-2-
STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

**ORDER**

Pursuant to stipulation of the parties, the Court **EXTENDS** the time to file dispositional documents to **December 1, 2023**.

Dated: October 26, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE